**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
Ryan D. Ardi (SBN 348738)
*rardi@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARS, INC.,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION**<br><br>**DECLARATION OF STEVEN PRESCOTT REGARDING VENUE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1780(d)** |

1
DECLARATION OF STEVEN PRESCOTT REGARDING VENUE

I, Steven Prescott, declare as follows:

1. I am a plaintiff in this action and a citizen of the State of California, residing in this District. I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would competently testify to them.

2. Pursuant to California Civil Code Section 1780(d), this Court is proper for trial of this action because Defendant conducts a substantial amount of business in this District.

3. The transaction at issue and the subject matter of the above-captioned action occurred in the Northern District of California. I purchased Dove Promises Deeper Dark Chocolate 70% Cacao for approximately $7 at a CVS store in Santa Cruz, California, in 2022.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on __3/22/2023__ at __Santa Cruz__, California.
            (date)           (city/location)

_____*Steven Prescott*_____
Steven Prescott