| | |
|---|---|
| WILLIAM F. TARANTINO (SBN 215343)<br>WTarantino@mofo.com<br>JAMES M. SCHURZ (SBN 145874)<br>JSchurz@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>*Attorneys for Defendant Mars, Incorporated* | RYAN J. CLARKSON (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>BAHAR SODAIFY (SBN 289730)<br>bsodaify@clarksonlawfirm.com<br>ALAN GUDINO (SBN 326738)<br>agudino@clarksonlawfirm.com<br>RYAN D. ARDI (SBN 348738)<br>rardi@clarksonlawfirm.com<br>CLARKSON LAW FIRM, P.C.<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>*Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN PRESCOTT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>MARS, INC.,<br><br>        Defendant. | Case No. 3:23-cv-01352-VC<br><br>**JOINT STIPULATION AND ORDER TO TRANSFER VENUE**<br><br><br>Court: 5, 17th Floor (Hon. Vince Chhabria) |

**STIPULATION**

Plaintiff Steven Prescott ("Plaintiff") and Defendant Mars, Incorporated ("Mars"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on March 22, 2023;

WHEREAS, Mars agreed to waive service on March 27, 2023;

WHEREAS, the current deadline for Mars to answer or otherwise respond to the Complaint is May 26, 2023;

WHEREAS, Mars has not yet responded to the Complaint, and no other proceedings have occurred in this action;

WHEREAS, a first-filed, nearly identical putative class action, *Millman v. Mars, Inc.*, Case No. 2:23-cv-00079-LDH-SIL (the "NY Action"), is currently pending before the Honorable Judge LaShann DeArcy Hall in the Eastern District of New York;

WHEREAS, the parties in this case and the NY Action have discussed the optimal approach to managing these overlapping actions to promote judicial efficiency;

WHEREAS, the parties agree that this action should be transferred to the Eastern District of New York and should proceed on the same track as the first-filed NY Action in order to conserve judicial resources, avoid potentially conflicting rulings, and reduce motion practice;

WHEREAS, this stipulated transfer serves the convenience of the parties and witnesses and advances the interest of justice consistent with 28 U.S.C. § 1404(a);

//
//
//
//
//
//
//
//
//

THEREFORE, IT IS AGREED AND STIPULATED, subject to the Court's approval, that this action be transferred to the United States District Court for the Eastern District of New York.

Dated: May 5, 2023    MORRISON & FOERSTER LLP

By:   /s/ William F. Tarantino
      WILLIAM F. TARANTINO

Attorneys for Defendant
MARS, INCORPORATED

Dated: May 5, 2023    CLARKSON LAW FIRM, P.C.

By:   /s/ Bahar Sodaify
      BAHAR SODAIFY

Attorneys for Plaintiff
STEVEN PRESCOTT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 24, 2023

HON. VINCE CHHABRIA
United States District Judge